UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM R. YORDY**
**PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 1:05CV682 LTS-RHW**

**JOHN BATES and**
**STATE FARM FIRE & CASUALTY COMPANY**                 **DEFENDANTS**

ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion to remand [4] is hereby **GRANTED**; and

That this case is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi.

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 24th day of July, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge